```
                                                        FILED
                                                   U.S. DISTRICT COURT
                                                   DISTRICT OF NEBRASKA

                                                   2005 DEC -9  AM 11: 56

                                                    OFFICE OF THE CLERK
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO. 4:05CR3128** |
| **vs.** ) | |
| ) | **ENTRY OF APPEARANCE** |
| **ABRAHAM M. GOMEZ,** ) | |
| ) | |
| **Defendant.** ) | |

Michael J. Hansen, hereby enters an appearance as attorney for the Defendant, in the above-captioned case.

Enter my appearance as ( ) retained counsel (X) Federal Public Defender ( ) CJA appointed counsel.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 9th day of December, 2005.

BY: _____
Signature

Michael J. Hansen
Name (please print)

100 Centennial Mall North
Address

100 Federal Building

Lincoln, NE 68508

#20570
Bar Number

(402) 437-5871
Telephone Number

(402) 437-5874
Fax Number

mike_hansen@fd.org
Email Address