IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CORRECTED** |
| vs. | ) | **ORDER** |
| | ) | |
| ABRAHAM M. GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's oral motion to continue trial is granted;

(2) Defendant Gomez's trial is continued until further order of the court;

(3) Magistrate Judge Piester is requested to reschedule this matter for trial for a date sometime on or after March 27, 2006;

(4) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (H)(8)(A)(B).

(5) The Clerk's Office is requested to strike the court's previous order, filing 22.

February 9, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge