IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3128 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ABRAHAM M. GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's motion to release bond, filing 33, is granted, and the clerk is directed to release the appearance and compliance bond in the amount of $1,800.00 posted by the defendant on December 16, 2005.

Dated June 14, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge