IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| ABRAHAM M. GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The change of plea hearing is continued to August 25, 2006 at 10:30 a.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated August 15, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge