```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| ABRAHAM M. GOMEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the defendant's oral motion,

IT IS ORDERED:

1. The Change of Plea hearing is rescheduled to October 26, 2006 at 2:30 p.m. before the undersigned magistrate judge in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 16th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge