IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:05CR3128 |
| ) | |
| ABRAHAM M. GOMEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Rule 35 Hearing, filing 73, now set for February 5, 2009, at 1:00 p.m. for one week.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Rule 35 hearing scheduled in this case shall be continued until the 12th day of February, 2009, at 1:30 p.m.  The defendant is ordered to appear at such time.

Dated this 3rd day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge