IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No.  4:05CR3128 |
| ) | |
| ABRAHAM GOMEZ,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 96, now set for March 18, 2010, at 12:00 noon until a date certain in approximately two months.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 19th day of May, 2010, at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated March 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge