IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3128 |
| ) | |
| ABRAHAM GOMEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 98, now set for May 19, 2010, at 1:00 p.m. until a date certain in approximately two months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 21st day of July, 2010, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated April 28, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge