IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABRAHAM GOMEZ, )<br>)<br>Defendant. ) | Case No.  4:05CR3128 |

## **ORDER**

    THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 100, now set for July 21, 2010, at 1:00 p.m. until a date certain in approximately 30 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

    IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 25th day of August, 2010, at 1:00 p.m.  The defendant is ordered to appear at such time.

    Dated July 16, 2010.

                                                  BY THE COURT:

                                                  *Richard G. Kopf*
                                                  United States District Judge