IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:05CR3128 |
| | ) | |
| ABRAHAM GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 102, now set for August 25, 2010, at 1:00 p.m. until a date certain in approximately 30 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 9th day of September, 2010, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated August 9, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge