IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )          Case No.  4:05CR3128
                                    )
 ABRAHAM GOMEZ,                     )
                                    )
                    Defendant.      )

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to
Continue Dispositional Hearing, filing 104, now set for September 9, 2010, at 12:30 p.m.
until approximately the end of November, 2010.  The Court, being fully advised in the
premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case
shall be continued until the 2nd day of December, 2010, at 1:00 p.m.  The defendant is
ordered to appear at such time.

Dated this 7th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
United States District Judge