IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3128 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ABRAHAM M. GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

At the defendant's request, and with the government's consent,

IT IS ORDERED:

1)      The court federal detainer for this defendant is hereby withdrawn.

2)      Upon release from his state detention, the defendant shall be released subject
to the terms and conditions of supervised release imposed at sentencing.

DATED this 4th day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge