IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ABRAHAM M. GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The plaintiff's unopposed motion to continue (filing 110) is granted.

(2)   Defendant Gomez's revocation hearing is rescheduled to Thursday, January 13, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated December 1, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge