IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ABRAHAM M. GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the parties advised the undersigned that Mr. Gomez's revocation hearing may take a full day. Therefore,

IT IS ORDERED that Defendant Gomez's revocation hearing is rescheduled to Friday, January 28, 2011, from 9:00 a.m.-12:00 noon and will resume at 1:00-4:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated December 2, 2010.

              BY THE COURT:

              *Richard G. Kopf*
              United States District Judge