## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM M. GOMEZ,<br><br>Defendant. | **4:05CR3128**<br><br>**RELEASE ORDER** |

IT IS ORDERED that the defendant is released pending his revocation hearing subject to the following conditions:

1)     The defendant shall comply with all terms and conditions of defendant's supervised release which were imposed at sentencing; and

2)     The defendant shall also avoid all contact, directly or indirectly, with the victim of the alleged crime underlying the pending Petition for Violation of Supervised Release.

October 4, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge